In the Matter of the Accounting of Moses F. Dennis, as Executor of Van Wyck Horton, Deceased, Appellant. George P. McCoy et al., Respondents.

*Matter of Dennis*, 137 App. Div. 917, affirmed.
(Argued June 15, 1911; decided October 3, 1911.)

Appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 11, 1910, which affirmed a decree of the New York County Surrogate's Court judicially settling and surcharging the accounts of Moses F. Dennis, as executor of Van Wyck Horton, deceased.

*William H. Hamilton, Norman C. Conklin* and *Warren E. Sammis* for appellant.

*Henry B. Corey* for respondents.

Order affirmed, with costs; no opinion.
Concur: Cullen, Ch. J., Gray, Vann, Werner, Willard Bartlett, Hiscock and Chase, JJ.